IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 05-0637-CV-W-DW |
| ) | |
| GEORGIA E. MATTHEWS-GOINS, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| DANA CORPORATION, ) | |
| ) | |
| Garnishee. ) | |

Order

Before the Court is the Government's Motion to Quash the Court's Amended Garnishee Order. (Doc. 11). The Government states that on March 29, 2007, Defendant filed a Voluntary Petition for Chapter 13 Bankruptcy. Accordingly, the Government's Motion is GRANTED. This Court's February 26, 2007 Amended Garnishee Order is hereby QUASHED.

IT IS SO ORDERED.

Date: May 25, 2007
/s/ DEAN WHIPPLE
Dean Whipple
United States District Judge